217 So.2d 415

James L. WALL et al., Jeff L. Butler et al.

v.

AMERICAN EMPLOYERS INSURANCE COMPANY et al. (State of Louisiana, through the Department of Highways).

No. 49623.

Jan. 24, 1969.

In re: Mr. and Mrs. James L. Wall et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 215 So.2d 913.

Writ refused. The result reached by the Court of Appeal is correct.

217 So.2d 415

Marvin PONTHIEUX

v.

STATE of Louisiana, C. Murray Henderson, Warden Louisiana State Penitentiary.

No. 49637.

Jan. 24, 1969.

In re: Marvin Ponthieux applying for writ of habeas corpus.

Application denied. On the showing made by the return from the Criminal District Court for the Parish of Orleans that applicant has been ordered returned to the Parish Prison, the issue presented to us is now moot.